## PERRY vs. THE CENTRAL RAILROAD.

[Jackson, C. J., having been of counsel, did not preside in this case.]

1. On December 12, 1883, Judge Carswell, of the Middle circuit, who had presided in Bibb superior court on the trial of a case, signed a bill of exceptions in such case, the certificate being in the usual form. Immediately after this certificate appears the following:

" I certify that, after signing this bill of exceptions on the 12th of December, 1883, it was sent by me to plaintiff's counsel at Macon on the 17th of December, 1883, by express, at their request; and being informed by the plaintiff's counsel that the bill was received by them after the ten days in which service on counsel is required to be made, I hereby, within sixty days from the date of said decision, again sign said bill of exceptions, and adopt the foregoing certificate for that purpose. R. W. CARSWELL,

Jan. 14, 1884.                                      Judge presiding."

Service was acknowledged on January 23, 1884, reserving the right to except to the judge's certificate:

*Held*, that the writ of error will be dismissed on motion.

2. This case is controlled by that of *Williams, relator, vs. Clarke, judge*, 70 *Ga.*, 405.

HALL, J.

3. After a judge has signed a bill of exceptions, he has exhausted his statutory power with respect thereto, and he cannot subsequently alter or re-certify the same. When a bill of exceptions is signed by the presiding judge, the writ of error is thereby completed, and further jurisdiction of the case is lost by the superior court and passes to this court.

BLANDFORD, J.

Writ of error dismissed.

October 9, 1884.

---

## McCOLERS vs. THE STATE OF GEORGIA.

[Jackson, C. J., not presiding, on account of providential cause.]

Where a misdemeanor was tried in a county court, and from the judgment therein a *certiorari* was taken to the superior court, and upon its dismissal the defendant excepted, the bill of exceptions should have been served upon the solicitor general of the circuit, and not upon the solicitor of the county court; and for a failure to serve the solicitor general, the writ of error will be dismissed. Writ of error dismissed.

September 23, 1884.